**E-FILED on**   4/21/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM VASQUEZ MARTINEZ,<br><br>    Petitioner,<br><br>    v.<br><br>MIKE MCDONALD,<br><br>    Respondent. | No. C-08-05232 RMW<br><br>ORDER DENYING MOTION TO WITHDRAW<br><br>**[Re Docket No. 13]** |

    Petitioner's counsel, Rick Horowitz, moves to withdraw as counsel of record. The motion is denied without prejudice. Counsel has failed to show that the motion was served upon his client. If petitioner objects to the withdrawal of counsel, further explanation of the reason for withdrawal may need to be provided.

DATED:    4/21/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION TO WITHDRAW—No. C-08-05232 RMW
CCL

**Notice of this document has been sent to:**

**Petitioner:**

William Vasquez Martinez
F00355
Pelican Bay State Prison
Housing C4 #219
P.O. Box 7500
Crescent City, CA 95532

**Counsel for Petitioner:**

Rick Horowitz          rick@rhdefense.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     4/21/10                                   CCL
                                              **Chambers of Judge Whyte**

ORDER DENYING MOTION TO WITHDRAW—No. C-08-05232 RMW
CCL                                      2