**E-FILED on** 5/24/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM VASQUEZ MARTINEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MIKE MCDONALD,<br><br>　　　　Respondent. | No. C-08-05232 RMW<br><br>ORDER GRANTING MOTION TO LIFT STAY<br><br>**[Re Docket No. 11]** |

　　　On September 29, 2009, the court granted petitioner's motion for a stay to allow him to exhaust certain unexhausted claims in state court. After exhausting these claims, petitioner has filed with the court a notice that he wishes to proceed only with the claims in his original habeas petition. The court grants his request to lift the stay. The clerk shall administratively re-open this case.

DATED:　　5/24/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION TO LIFT STAY—No. C-08-05232 RMW
CCL

**Notice of this document has been sent to:**

**Petitioner:**

William Vasquez Martinez  #F00355
Pelican Bay State Prison - C4 #219
P.O. Box 7500
Crescent City, CA 95532

**Counsel for Petitioner:**

Rick Horowitz          rick@rhdefense.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 5/24/10                                    CCL
                                                      **Chambers of Judge Whyte**
ORDER GRANTING MOTION TO LIFT STAY—No. C-08-05232 RMW
CCL                                                                          2