1
2
3
4                                                    **E-FILED on**    8/9/10
5
6
7                   IN THE UNITED STATES DISTRICT COURT
8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                             SAN JOSE DIVISION
10

11   WILLIAM VASQUEZ MARTINEZ,              No. C-08-05232 RMW
12                   Petitioner,
13            v.                            ORDER GRANTING MOTION TO
                                            WITHDRAW
14   MIKE MCDONALD,
                                            **[Re Docket No. 17]**
15                   Respondent.
16   _____

17          Petitioner's counsel, Rick Horowitz, moves to withdraw as counsel of record.  Counsel has
18
     represented to the court that petitioner has decided to proceed *pro se*, and that he has served
19
     petitioner with notice of his request to withdraw.  Petitioner has not objected to the withdrawal.  The
20
     motion to withdraw is granted, and Rick Horowitz is hereby relieved as attorney of record.
21
            Petitioner has provided the court with the following contact information:
22
     William Martinez  #F00355
23   Pelican Bay State Prison - C4 #219
     P.O. Box 7500
24   Crescent City, CA 95532
25

26
     DATED:         8/9/10                    _Ronald M Whyte_
27                                          _____
                                            RONALD M. WHYTE
28                                          United States District Judge

     ORDER GRANTING MOTION TO WITHDRAW—No. C-08-05232 RMW
     CCL

**United States District Court**
For the Northern District of California