*E-FILED - 3/23/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM VASQUEZ MARTINEZ,** <br><br> Petitioner, <br><br> v. <br><br> **MIKE MCDONALD, WARDEN, SOLANO STATE PRISON,** <br><br> Respondent. | Case No. C-08-05232 RMW <br><br> [] ORDER |

Good cause appearing, Respondent's application for a 60-day enlargement of time within which to file a response to the petition for writ of habeas corpus is GRANTED.  The response shall be filed on or before April 15, 2011.  Petitioner's traverse or reply shall be filed within 30 days of receipt of the response.

Dated: 3/22/11

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge

1

[] Order (C-08-05232 RMW)