***E-FILED - 6/6/11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM VASQUEZ MARTINEZ, | No. C 08-5232 RMW (PR) |
|     Petitioner, | ORDER GRANTING THIRD AND FOURTH REQUESTS FOR AN EXTENSION OF TIME TO FILE ANSWER |
|   v. | |
| MIKE MCDONALD, Warden, | |
|     Respondent. | (Docket Nos. 27 and 28) |

    Petitioner, a California state prisoner, filed a petition for a writ of habeas corpus. Before the court is respondent's third and fourth requests for an extension of time to file an answer. In his motions, respondent states that the original attorney for the case was called overseas for active duty with the U.S. Army Reserve Unit. The case was reassigned to current counsel, who requests additional time to prepare.

    The court will GRANT respondent an extension of time up to and including **June 14, 2011**. Petitioner shall file his traverse within **thirty (30) days** of the filing date of respondent's response.

    The court notes that these are respondent's third and fourth requests for an extension of time. Because this case has been pending since 2008, any further requests for an extension of time will not be granted absent exigent circumstances.

    This order terminates docket nos. 27 and 28.

DATED: 6/6/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Third and Fourth Requests for an Extension of Time to File Answer
P:\PRO-SE\SJ.Rmw\HC.08\Martinez232.4thEot-Answer.wpd